

DAMIAN B. MALLARD
damian@mallardperez.com
*Board Certified Civil Trial Lawyer*
*Certified Circuit Civil Mediator*

SARA B. MALLARD
sara@mallardperez.com

COURTNEY I. FLANDREAU
courtney@mallardperez.com
*Licensed to Practice Law in FL and NY*

**889 N. WASHINGTON BLVD
SARASOTA, FLORIDA 34236**

**Telephone: (941) 952-1682
Facsimile: (941) 378-1605**

ALAN L. PEREZ
alan@mallardperez.com

ELIZETE D. VELADO
elizete@mallardperez.com

CHRISTOPHER L. HALLETT
chris@mallardperez.com

JEAN SCHUKRAFT, R.N., C.C.M.
jean@mallardperez.com

May 2, 2024

**Certified Mail Return Receipt #: 9214 8969 0099 9790 1215 3837 56**
Dr. Jason Wysong
School Board of Manatee County Superintendent
215 Manatee Avenue West
Bradenton, FL 34205

**Certified Mail Return Receipt #: 9214 8969 0099 9790 1215 3839 09**
Kevin Chapman
School Board of Manatee County Executive Director of Administration
215 Manatee Avenue West
Bradenton, FL 34205

**Certified Mail Return Receipt #: 9214 8969 0099 9790 1215 3839 61**
Pamela D'Agostino, Esq.
School Board of Manatee County General Counsel
215 Manatee Avenue West
Bradenton, FL 34205

**Certified Mail Return Receipt #: 9214 8969 0099 9790 1215 3840 05**
Bill Kelley, Director
School Board of Manatee County Risk Management
215 Manatee Avenue West
Bradenton, FL 34205

**Certified Mail Return Receipt #: 9214 8969 0099 9790 1215 3843 02**
Gina Messenger
Cindy Spray
Mary Foreman
Chad Choate, III
Richard Tatem
School Board of Manatee County Board Members
215 Manatee Avenue West
Bradenton, FL 34205

**Certified Mail Return Receipt #: 9214 8969 0099 9790 1215 3843 40**
Michael Yaworsky, Insurance Commissioner
Department of Insurance
Post Office Box 6100
Tallahassee, Florida 32314

**Certified Mail Return Receipt #: 9214 8969 0099 9790 1215 3843 95**
Department of Financial Services
200 East Gaines Street
Tallahassee, Florida 32399

Re:  Notice of Intent to Pursue Tort Claim Pursuant to Florida Statute Section
     768.28(6)(c)
     Case Style: J.C.F.C., Individually, and M.R.P., Individually, and as Parents and
     Natural Guardians of J.C.F.R., a minor v. The School Board of Manatee
     County, Florida

Name of Child:  J███ C██ F██ R██ ████████
Place of Birth: ████████ ███ ████████
Date of Birth: ██████ ██, 2015
Social Security Number: xxx-xx-xxxx

Name of Parent, J.C.F.C.: J███████████████████
Place of Birth: ██████████████████████
Date of Birth: ████████ 1974
Social Security Number: xxx-xx-xxxx

Name of Parent, M.R.P.: ████████ ████████
Place of Birth: ████ ██ ███████████
Date of Birth: J██████ ██, 1991
Social Security Number: xxx-xx-xxxx

Date of Incident: On or about February 1, 2023 and continuing through
November, 2023

Tribunal: Manatee County Twelfth Judicial Circuit
Our File No. 24-098

Dear Sir/Madam:

Please be advised that the undersigned and Mallard Perez, PLLC, represent the
above-referenced persons as a result of acts of negligence, negligent retention,
negligent supervision, vicarious liability and negligent infliction of emotional distress
which began on or about February 1, 2023 and continued through November, 2023,
involving The School Board of Manatee County, Florida and/or their agents, servants,
employees, parent and/or subsidiary companies, including but not limited to, Angel
Wilfredo Rodriguez Mercado.

In addition, the actions or inactions of The School Board of Manatee County,
Florida resulted in violations of our client's Federal and Civil Rights, including but not
limited to, those rights enumerated in 42 U.S.C.§1983 and the case law interpreting
same.

As a result of the above-referenced incident, the above-named persons received
damages and hereby give notice, pursuant to the above-referenced Florida Statue, of
the intent to seek damages against The School Board of Manatee County, Florida
and/or their agents, servants, employees, parent and/or subsidiary companies, and all

related persons and/or entities responsible for the above-referenced acts as they share responsibility for the above-referenced negligent tortuous acts resulting in J.C.F.R. sustaining injuries when she was physically, mentally and sexually abused by Angel Wilfredo Rodriguez Mercado, a paraprofessional for The School Board of Manatee County, Florida.

Pursuant to Florida Statutes Section 768.28(6) (c) the case style is or will be *J.C.F.C., Individually, and M.R.P., Individually, and as Natural Parents & Legal Guardians of J.C.F.R., a minor v. The School Board of Manatee County, Florida* subject to change upon discovery responses. The tribunal will be The Circuit Court of Manatee County. The causes of action will include but may not be limited to claims for:

(a) Negligent supervision
(b) Negligence
(c) Negligent Infliction of emotional distress
(d) Vicarious Liability
(e) Negligent Retention
(f) Violation of Civil Rights, including, but not limited to those rights enumerated in 42 U.S.C §1983, and, Title IX, 20 U.S.C. §1681, et seq.

There are no adjudicated penalties, fines, fees, victim restitution fund or any other judgments in excess of $200.00, whether imposed by civil, criminal, or administrative tribunals owed by the above claimant to the state, its agencies, officers or subdivisions. There are no known prior adjudicated unpaid claims in excess of $200.00. We expect your response within six (6) months of receipt of this notice.

Please govern yourselves accordingly.

Very truly yours,

Alan L. Perez, Esq.

ALP:ar/rr







1. SEPARATE INTO THIRDS.

2. PEEL AWAY RECEIPT AND STICKER. AFFIX TO ENVELOPE.

Form No. CEL-43R rev 01/23
U.S. Patent No.'s 6,905,747
And Other Patents Pending

Responsibly Sourced Paper

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

9214 8969 0099 9790 1215 3837 56

| | |
|---|---|
| Certified Mail Fee | $ $4.40 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ $2.32 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Electronic Return Receipt Requested

Postmark Here

5/3/2024 1:31:19PM

Sent To: Dr. Jason Wysong
School Board of Manatee County
Superintendent

Street, Apt. No., or PO Box No.: 215 Manatee Avenue West

City, State, Zip+4: Bradenton, FL 34205

PS Form 3800, January 2023 — See Reverse for Instructions

Code: NOI - MANATEE COUNTY SUPERINTENDENT - WYSONG -
Code2: NOI - MANATEE COUNTY SUPERINTENDENT - WYSONG
File: NOI - MANATEE COUNTY SUPERINTENDENT - WYSONG - J

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

9214 8969 0099 9790 1215 3837 56

Dr. Jason Wysong
School Board of Manatee County Superintendent
215 Manatee Avenue West
Bradenton, FL 34205

Damian Mallard, Esq.
Mallard Perez, PLLC
889 N. Washington Blvd.
Sarasota, FL 34236

---

1. SEPARATE INTO THIRDS.

2. PEEL AWAY RECEIPT AND STICKER. AFFIX TO ENVELOPE.

Form No. CEL-43R rev 01/23
U.S. Patent No.'s 6,905,747
And Other Patents Pending

Responsibly Sourced Paper

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

9214 8969 0099 9790 1215 3839 09

| | |
|---|---|
| Certified Mail Fee | $ $4.40 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ $2.32 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Electronic Return Receipt Requested

Postmark Here

5/3/2024 1:38:17PM

Sent To: Kevin Chapman
School Board of Manatee County Executive
Director of Administration

Street, Apt. No., or PO Box No.: 215 Manatee Avenue West

City, State, Zip+4: Bradenton, FL 34205

PS Form 3800, January 2023 — See Reverse for Instructions

Code: NOI - MANATEE EXECUTIVE DIR - CHAPMAN - JCFC - KAS/
Code2: NOI - MANATEE EXECUTIVE DIR - CHAPMAN - JCFC - KAS
File: NOI - MANATEE EXECUTIVE DIR - CHAPMAN - JCFC - KAS/R

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

9214 8969 0099 9790 1215 3839 09

Kevin Chapman
School Board of Manatee County Executive
Director of Administration
215 Manatee Avenue West
Bradenton, FL 34205

Damian Mallard, Esq.
Mallard Perez, PLLC
889 N. Washington Blvd.
Sarasota, FL 34236

1. SEPARATE INTO THIRDS.
2. PEEL AWAY RECEIPT AND STICKER. AFFIX TO ENVELOPE.

Form No. CEL-43R rev 01/23
U.S. Patent No.'s 6,905,747
And Other Patents Pending

Responsibly Sourced Paper

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

9214 8969 0099 9790 1215 3839 61

Certified Mail Fee $ $4.40

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $2.32
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Electronic Return Receipt Requested

Postmark Here

5/3/2024 1:40:32PM

*Sent To* Pamela D?Agostino, Esq.
School Board of Manatee County General Counsel
*Street, Apt. No., or PO Box No.* 215 Manatee Avenue West
*City, State, Zip+4* Bradenton, FL 34205

PS Form 3800, January 2023 See Reverse for Instructions

Code: NOI - MANATEE GENERAL COUNSEL - D'AGOSTINO - JCFC
Code2: NOI - MANATEE GENERAL COUNSEL - D'AGOSTINO - JCF
File: NOI - MANATEE GENERAL COUNSEL - D'AGOSTINO - JCFC

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

9214 8969 0099 9790 1215 3839 61

Pamela D?Agostino, Esq.
School Board of Manatee County General Counsel
215 Manatee Avenue West
Bradenton, FL 34205

Damian Mallard, Esq.
Mallard Perez, PLLC
889 N. Washington Blvd.
Sarasota, FL 34236

---

1. SEPARATE INTO THIRDS.
2. PEEL AWAY RECEIPT AND STICKER. AFFIX TO ENVELOPE.

Form No. CEL-43R rev 01/23
U.S. Patent No.'s 6,905,747
And Other Patents Pending

Responsibly Sourced Paper

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

OFFICIAL USE

9214 8969 0099 9790 1215 3840 05

Certified Mail Fee $ $4.40

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $2.32
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Electronic Return Receipt Requested

Postmark Here

5/3/2024 1:43:15PM

*Sent To* Bill Kelley, Director
School Board of Manatee County Risk Management
*Street, Apt. No., or PO Box No.* 215 Manatee Avenue West
*City, State, Zip+4* Bradenton, FL 34205

PS Form 3800, January 2023 See Reverse for Instructions

Code: NOI - RISK MANAGEMENT - B, KELLEY - JCFC - KAS/RR
Code2: NOI - RISK MANAGEMENT - B, KELLEY - JCFC - KAS/RR
File: NOI - RISK MANAGEMENT - B, KELLEY - JCFC - KAS/RR

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

9214 8969 0099 9790 1215 3840 05

Bill Kelley, Director
School Board of Manatee County Risk Managemen
215 Manatee Avenue West
Bradenton, FL 34205

Damian Mallard, Esq.
Mallard Perez, PLLC
889 N. Washington Blvd.
Sarasota, FL 34236

1. SEPARATE INTO THIRDS.  ①
2. PEEL AWAY RECEIPT AND STICKER. AFFIX TO ENVELOPE.
②

**Form No. CEL-43R rev 01/23**
**U.S. Patent No.'s 6,905,747**
**And Other Patents Pending**

Responsibly Sourced Paper

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

9214 8969 0099 9790 1215 3843 02

OFFICIAL USE

Certified Mail Fee
$  $4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $2.32
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Electronic Return Receipt Requested

Postmark Here

5/3/2024  2:05:04PM

Sent To
Gina Messenger Cindy Spray Mary Foreman Chad Choate, III Richard Tatem
School Board of Manatee County Board Members

Street, Apt. No., or PO Box No.
215 Manatee Avenue West

City, State, Zip+4
Bradenton, FL 34205

**PS Form 3800, January 2023     See Reverse for Instructions**

Code: NOI - MANATEE BOARD MEMBERS - JCFC - KAS/RR
Code2: NOI - MANATEE BOARD MEMBERS - JCFC - KAS/RR
File: NOI - MANATEE BOARD MEMBERS - JCFC - KAS/RR

**CERTIFIED MAIL™**

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9214 8969 0099 9790 1215 3843 02

Gina Messenger Cindy Spray Mary Foreman Chad Choate, III Richard Tatem
School Board of Manatee County Board Members
215 Manatee Avenue West
Bradenton, FL 34205

Damian Mallard, Esq.
Mallard Perez, PLLC
889 N. Washington Blvd.
Sarasota, FL 34236

---

1. SEPARATE INTO THIRDS.  ①
2. PEEL AWAY RECEIPT AND STICKER. AFFIX TO ENVELOPE.
②

**Form No. CEL-43R rev 01/23**
**U.S. Patent No.'s 6,905,747**
**And Other Patents Pending**

Responsibly Sourced Paper

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

9214 8969 0099 9790 1215 3843 40

OFFICIAL USE

Certified Mail Fee
$  $4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $ $2.32
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage
$

Total Postage and Fees
$

Electronic Return Receipt Requested

Postmark Here

5/3/2024  2:07:37PM

Sent To
Michael Yaworsky, Insurance Commissioner
Department of Insurance

Street, Apt. No., or PO Box No.
Post Office Box 6100

City, State, Zip+4
Tallahassee, FL 32314

**PS Form 3800, January 2023     See Reverse for Instructions**

Code: NOI - DEPT OF INSURANCE - YAWORSKY - JCFC - KAS/RR
Code2: NOI - DEPT OF INSURANCE - YAWORSKY - JCFC - KAS/RR
File: NOI - DEPT OF INSURANCE - YAWORSKY - JCFC - KAS/RR

**CERTIFIED MAIL™**

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9214 8969 0099 9790 1215 3843 40

Michael Yaworsky, Insurance Commissioner
Department of Insurance
Post Office Box 6100
Tallahassee, FL 32314

Damian Mallard, Esq.
Mallard Perez, PLLC
889 N. Washington Blvd.
Sarasota, FL 34236



1. SEPARATE INTO THIRDS.

2. PEEL AWAY RECEIPT AND
   STICKER. AFFIX TO ENVELOPE.

Form No. CEL-43R rev 01/23
U.S. Patent No.'s 6,905,747
And Other Patents Pending

Responsibly
Sourced
Paper

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

9214 8969 0099 9790 1215 3843 95

OFFICIAL USE

Certified Mail Fee
$   $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $   $2.32
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
        Department of Financial Services
        200 East Gaines Street
Street, Apt. No.,  Tallahassee, FL 32399
or PO Box No.
City, State, Zip+4

PS Form 3800, January 2023        See Reverse for Instructions

Electronic Return Receipt Requested

5/3/2024  2:09:13PM

Code:NOI - DEPT OF FINANCIAL SERVICES - JCFC - KAS/RR
Code2: NOI - DEPT OF FINANCIAL SERVICES - JCF
File: NOI - DEPT OF FINANCIAL SERVICES - JCF

CERTIFIED MAIL™

TO BE COMPLETED BY MAILER: PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9214 8969 0099 9790 1215 3843 95

Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399

Damian Mallard, Esq.
Mallard Perez, PLLC
889 N. Washington Blvd.
Sarasota, FL 34236

**UNITED STATES POSTAL SERVICE**

June 5, 2024

Dear Kasandra Nunez:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8969 0099 9790 1215 3839 09**.

| Item Details | |
| --- | --- |
| **Status:** | We regret to inform you that we were unable to locate any delivery information in our records for your item. |
| **Status Date / Time:** | N/A |
| **Location:** | N/A |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Kevin Chapman |

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

June 5, 2024

Dear Kasandra Nunez:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8969 0099 9790 1215 3837 56**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 6, 2024, 2:33 pm |
| **Location:** | BRADENTON, FL 34205 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Dr  Jason Wysong |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES**
**POSTAL SERVICE**

June 5, 2024

Dear Kasandra Nunez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8969 0099 9790 1215 3839 61**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 6, 2024, 2:33 pm |
| **Location:** | BRADENTON, FL 34205 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Pamela D Agostino  Esq |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* Nancy S |
| Address of Recipient: | *[handwritten]* 215 man 101 N |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES**
**POSTAL SERVICE**

June 5, 2024

Dear Kasandra Nunez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8969 0099 9790 1215 3840 05**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 6, 2024, 2:33 pm |
| **Location:** | BRADENTON, FL 34205 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Bill Kelley  Director |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES**
**POSTAL SERVICE**

June 5, 2024

Dear Kasandra Nunez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8969 0099 9790 1215 3843 02**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 6, 2024, 2:33 pm |
| **Location:** | BRADENTON, FL 34205 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Gina Messenger Cindy Spray Mary Foreman Chad Cho |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: | *[handwritten signature]* Nancys |
| Address of Recipient: | *[handwritten] 215 man lo1 W* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES**
**POSTAL SERVICE**

June 5, 2024

Dear Kasandra Nunez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8969 0099 9790 1215 3843 40**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 8, 2024, 9:55 am |
| **Location:** | TALLAHASSEE, FL 32301 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Michael Yaworsky  Insurance Commissioner |

| Recipient Signature | |
| --- | --- |

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

June 5, 2024

Dear Kasandra Nunez:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8969 0099 9790 1215 3843 95**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | May 8, 2024, 9:56 am |
| **Location:** | TALLAHASSEE, FL 32301 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Recipient Signature | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004