UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No: 8:25-cv-1610-TPB-ASS

J.C.F.C. and M.R.P., individually, and as parents
and natural guardians of J.C.F.R., a minor,

    Plaintiffs,

v.

THE SCHOOL BOARD OF MANATEE COUNTY,

    Defendant.
_____/

### NOTICE OF RELATED ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to criminal case numbers 2023-CF-003179-AX, 2023-CF-003178-AX; 2023-CF-003257, and 2023-CF-003026, filed in the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida; and case number 8:24-cv-02540-CEH-SPF, filed in the United States District Court, Middle District of Florida, Tampa Division.

I further certify that I will serve a copy of this Notice of Related Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated this 3rd day of July, 2025.

**MALLARD | PEREZ, PLLC**
889 N. Washington Blvd.
Sarasota, Florida 34236
(941) 952-1682

*/s/ Elizete D. Velado*

_____
Elizete D. Velado, Esq.
FBN: 99668
Alan L. Perez, Esq.
FBN: 0060409
Alan@mallardperez.com
elizete@mallardperez.com
joy@mallardperez.com